# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | § § § § § | |
| Plaintiff, | § | Civil Action No. 4:24-cv-00327-O |
| v. | § § | |
| FOUNDERS FIRST COMMUNITY DEVELOPMENT CORPORATION, | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Consent Motion for Leave to File Overlength Reply Brief (ECF No. 23), filed May 23, 2024. Noting that the motion is unopposed and finding good cause therein, the Court **ORDERS** that the Motion should be and is hereby **GRANTED**.

**SO ORDERED** on this **24th day** of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE