IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, § § § | |
| Plaintiff, § § | |
| v. § § § | Civil Action No. 4:24-cv-00327-O |
| FOUNDERS FIRST COMMUNITY DEVELOPMENT CORPORATION, § § § § | |
| Defendant. § | |

## ORDER

Before the Court is Plaintiff's Motion to Compel (ECF No. 26), filed on May 24, 2024; Defendant's Response (ECF No. 29), filed on May 29, 2024; and Plaintiff's Reply (ECF No. 30), filed May 31, 2024. Noting that Plaintiff's Motion is now unopposed, the Court **GRANTS** Plaintiff's Motion to Compel (ECF No. 26).

Accordingly, Defendants have until **June 19, 2024**, to respond to all of Plaintiff's discovery requests. Additionally, Plaintiffs must file its reply in support of its preliminary-injunction motion by **June 26, 2024**. All other deadlines remain unchanged.

**SO ORDERED** on this **3rd day** of **June, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE