**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN ALLIANCE FOR EQUAL RIGHTS,** | § § § | |
| **Plaintiff,** | § § | |
| | § | **Civil Action No. 4:24-cv-00327-O** |
| **v.** | § § | |
| **FOUNDERS FIRST COMMUNITY DEVELOPMENT CORPORATION,** | § § § | |
| **Defendant.** | § § | |

## ORDER

Before the Court are the Motion to Compel filed by Defendant (ECF No. 32); the Response filed by Plaintiffs (ECF No. 37); and Defendant's Reply (ECF No. 38). After reviewing the motion, response, and reply, the Court finds that the Motion should be **DENIED**. Accordingly, the Court **SUSTAINS** Plaintiff's objections to ROG 1 and ROG 2.

ROG Nos. 1-2: Defendant requests pseudonymous Member A's identity, the name of his business, and related addresses. Specifically, ROG 1 requests the identity of Member A's name and the name of his business, while ROG 2 requests the identification of Member A's home address and business address. ECF No. 32 at 2.

At this stage, before the Rule 26(f) conference and before the resolution of a pending preliminary-injunction motion, the Court finds the association's anonymous member's identity is not relevant. Member A is an associational member of the named plaintiff, not an individually named party to the litigation. That discovery obligation may change as the litigation progresses to summary judgment or trial.

**SO ORDERED** on this **July 10, 2024.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**