# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. FOUNDERS FIRST COMMUNITY DEVELOPMENT CORPORATION *Defendant*. | No. 4:24-cv-327-O |

## NOTICE OF ACCEPTED RULE 68 OFFER OF JUDGMENT

Per Rule 68, the Alliance notifies the Court that it has accepted Founders' Rule 68 offer of judgment. Under that rule, Defendants can "offer to allow judgment on specified terms." Fed. R. Civ. P. 68(a). If the Plaintiff "accept[s] the offer" within 14 days, either party can "file the offer and notice of acceptance, plus proof of service." *Id.* Once those documents are filed, the clerk "must … enter judgment." *Id.*

The offer, notice of acceptance, and proof of service are attached. As relevant, Founders offered the following judgment to resolve this entire case:

> Pursuant to Federal Rule of Civil Procedure 68, Defendant Founders First Community Development Corporation hereby offers to allow judgment to be entered against it in this action prohibiting Defendant from either (1) considering race in awarding the Texas grant and collecting data about any applicant's race until after selecting and announcing the Texas Grant winners, or (2) administering the Texas grant program at all.

Now that the Alliance has accepted this offer, the Alliance respectfully asks the clerk to enter judgment according to its terms.

Dated: August 9, 2024

Respectfully submitted,

*/s/ Steven C. Begakis*
Thomas R. McCarthy***
  (VA Bar No. 47154)
Cameron T. Norris*
  (TN Bar No. 33467)
Steven C. Begakis**
  (ND Tex. No. 95172VA)
R. Gabriel Anderson*
  (TX Bar No. 24129302)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com
gabe@consovoymccarthy.com

Adam K. Mortara***
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*member of the Northern District
**member of the Northern District of Texas who resides in Fort Worth
***pro hac vice

Gmail

Cam Norris <cam@consovoymccarthy.com>

## AAER v. Founders // Call Re: Hearing

**Klein, Zoë** <ZKlein@gibsondunn.com>  Mon, Jul 22, 2024 at 4:21 PM
To: Cam Norris <cam@consovoymccarthy.com>, "Costa, Gregg J." <GCosta@gibsondunn.com>
Cc: Steven Begakis <steven@consovoymccarthy.com>, "Bevan, Alana K." <ABevan@gibsondunn.com>, "Casey, Anna" <ACasey@gibsondunn.com>, "Voronov@gibsondunn.com" <voronov@gibsondunn.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Adam Mortara <adam@mortaralaw.com>, "tom@consovoymccarthy.com" <tom@consovoymccarthy.com>

Hi Cam,

Please see below, as Gregg previewed on our call today.

Pursuant to Federal Rule of Civil Procedure 68, Defendant Founders First Community Development Corporation hereby offers to allow judgment to be entered against it in this action prohibiting Defendant from either (1) considering race in awarding the Texas grant and collecting data about any applicant's race until after selecting and announcing the Texas Grant winners, or (2) administering the Texas grant program at all.  This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant is liable in this action, or that the Plaintiff, American Alliance for Equal Rights, has suffered any harm.  This offer of judgment is intended to resolve all of Plaintiff's claims in this action.  This offer of judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

**Zoë Klein**
Of Counsel

T: +1 202.887.3740 | M: +1 303.501.3567
ZKlein@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306

---

**From:** Cam Norris <cam@consovoymccarthy.com>
**Date:** Friday, July 19, 2024 at 7:19 PM
**To:** Gregg Costa^ <GCosta@gibsondunn.com>
**Cc:** Steven Begakis <steven@consovoymccarthy.com>, Zoë Klein^ <ZKlein@gibsondunn.com>, Alana Bevan^ <ABevan@gibsondunn.com>, Anna Casey^ <ACasey@gibsondunn.com>, "Voronov@gibsondunn.com" <voronov@gibsondunn.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Adam Mortara <adam@mortaralaw.com>, "tom@consovoymccarthy.com" <tom@consovoymccarthy.com>
**Subject:** Re: AAER v. Founders // Call Re: Hearing

**[WARNING: External Email]**

[Quoted text hidden]
[Quoted text hidden]



Cam Norris <cam@consovoymccarthy.com>

## AAER v. Founders // Call Re: Hearing

**Cam Norris** <cam@consovoymccarthy.com>  Thu, Aug 1, 2024 at 4:10 PM
To: "Klein, Zoë" <ZKlein@gibsondunn.com>
Cc: "Costa, Gregg J." <GCosta@gibsondunn.com>, Steven Begakis <steven@consovoymccarthy.com>, "Bevan, Alana K." <ABevan@gibsondunn.com>, "Casey, Anna" <ACasey@gibsondunn.com>, "Voronov@gibsondunn.com" <voronov@gibsondunn.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Adam Mortara <adam@mortaralaw.com>, "tom@consovoymccarthy.com" <tom@consovoymccarthy.com>

Zoë,

The American Alliance for Equal Rights accepts your client's Rule 68 offer.

We can draw up the paperwork, if you haven't already.

[Quoted text hidden]
[Quoted text hidden]
703.243.9423 (office)
www.consovoymccarthy.com

Gmail                                                                                        **Cam Norris <cam@consovoymccarthy.com>**

## AAER v. Founders // Call Re: Hearing

**Cam Norris** <cam@consovoymccarthy.com>                                                    Fri, Aug 9, 2024 at 7:05 AM
To: Anna Casey <acasey@gibsondunn.com>
Cc: Zoë Klein <zklein@gibsondunn.com>, "Gregg J. Costa" <gcosta@gibsondunn.com>, Steven Begakis <steven@consovoymccarthy.com>, "Alana K. Bevan" <abevan@gibsondunn.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Adam Mortara <adam@mortaralaw.com>, Tom <tom@consovoymccarthy.com>

To clarify for the Court: We consented to electronic service of your original offer. And you consented to electronic service of our acceptance.

We will get everything on file today.

--
Cameron T. Norris
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

[Quoted text hidden]