# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| American Alliance for Equal Rights ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:24-cv-00327-O |
| Founders First Community Development Corporation ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the accepted offer of judgment, Defendant Founders First Community Development Corporation is prohibited from either (1) considering race in awarding the Texas grant and collecting data about any applicant's race until after selecting and announcing the Texas Grant winners, or (2) administering the Texas grant program at all.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 8/12/2024

*CLERK OF COURT*

s/B. Boles

*Signature of Clerk or Deputy Clerk*

Print   Save As...   Reset