# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. FOUNDERS FIRST COMMUNITY DEVELOPMENT CORPORATION, *Defendant*. | No. 4:24-cv-327-O |

## STIPULATION OF SETTLEMENT

WHEREAS Plaintiff American Alliance for Equal Rights (the Alliance) filed this suit under 42 U.S.C. §1981 in the United States District Court for the Northern District of Texas against Defendant Founders First Community Development Corporation (Founders) over its Texas Job Creators Grant Program;

WHEREAS, following a Notice of Accepted Rule 68 Offer of Judgment, the Court entered final judgment against Founders, ordering that Founders "is prohibited from either (1) considering race in awarding the Texas grant and collecting data about any applicant's race until after selecting and announcing the Texas Grant winners, or (2) administering the Texas grant program at all";

WHEREAS the Alliance is entitled to seek attorneys' fees, costs, and litigation expenses under Federal Rule of Civil Procedure 54(d), 28 U.S.C. §1920, and 42 U.S.C. §1988;

IT IS HEREBY STIPULATED AND AGREED as follows:

1.  Founders shall pay the Alliance $125,000.00 (the Settlement Amount) in biannual installments.

1

2. The Alliance agrees to accept the full Settlement Amount as full and complete satisfaction of the Alliance's claims for attorneys' fees, costs, and litigation expenses.

3. Founders shall pay a $50,000.00 installment of the Settlement Amount to the Alliance before the end of calendar year 2024. Founders shall subsequently pay $25,000.00 installments of the Settlement Amount in six-month intervals. Each $25,000.00 installment shall be paid no later than six months after payment of the prior installment.

Dated: October 14, 2024

_/s/ Gregg J. Costa_
Gregg J. Costa
  (TX Bar No. 24028160)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street Suite 3000
Houston, TX 77002-6117
Telephone: 346.718.6649
Fax: 346.718.6979
Email: gcosta@gibsondunn.com

Zakiyyah Salim-Williams (*pro hac vice*)
Zoë Klein (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.887.3740
Fax: 202.467.0539
Email: zswilliams@gibsondunn.com
zklein@gibsondunn.com

Claire Piepenburg
  (TX Bar No. 24097239)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3175
Fax: 314.571.2996
Email: cpiepenburg@gibson.com

*Attorneys for Defendant*
*Founders First Community Development Corporation*

Dated: October 16, 2024

_/s/ Cameron T. Norris_
Thomas R. McCarthy*
  (VA Bar No. 47154)
Cameron T. Norris**
  (ND Tex. No. 91624VA)
Steven C. Begakis***
  (ND Tex. No. 95172VA)
R. Gabriel Anderson**
  (TX Bar No. 24129302)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com
gabe@consovoymccarthy.com

Adam K. Mortara*
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice
**member of Northern District of Texas
***member of Northern District of Texas who resides in Fort Worth

*Counsel for Plaintiff*
*American Alliance for Equal Rights*